In The United States District Court
For The District of Delaware

Ronald G. Johnson #182421
At Howard R. Young Correction Institution
V. 1301 E. 12th Street Wilmington, De 19809

1.) State of Delaware,
2.) Court of Common Pleas Of State Of Delaware In And For New Castle County
3.) Raphael Williams

Civil Action No. 07-767

Re: To Court of Common Pleas of State of Delaware, In And For New Castle County Criminal Case No. 0710038875 And Case No. 0710037469

FILED
NOV 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Petition For Writ Of Habeas Corpus Pursuant To 28 USC 2241(c)(3)

Petitioner Ronald G. Johnson herewith request that this Honorable Court issue a Writ of Habeas Corpus to State of Delaware And Attorney General for the State of Delaware Joseph R Biden III, Court of Common Pleas And Chief Judge Smalls (And) Raphael Williams of Howard R. Young Correctional Institution to test the validity and constitutionality of his continued incarceration Herewith, Petitioner asserts the following as facts and ground supporting his cause.

### Jurisdiction

This Court U.S. District Court has jurisdiction to issue Writ of Habeas Corpus pursuant to Title 28 USC 2241(c)(3)

### "Parties And Respondant"

1.) State of Delaware And Attorney General Joseph R. Biden III at 820 N. French Street Wilmington Delaware 19801 I am held in their custody

2.) Court of Common Pleas And Judge Smalls Chief Judge of Court of Court of Common Pleas holds me in their custody Address 500 N. King Street Wilmington Delaware 19801 Held me on Bail

3.) Raphael Williams is warden of Howard R. Young Correctional Institution and is my Custodian at 1301 E 12th Street Wilmington, De 19809

### Petitioner

The Petitioner Ronald G. Johnson #182421 is Currently incarcerated at Howard R. Young Correctional Institution 1301 E 12th Street Wilmington, Delaware 19809

Reference to Court of Common Pleas Criminal Case No. 0710038875 And Criminal Case No. 0710037469

### Statement Of The Facts

I was arrest in front of my home 27 Dorsey Lane Bear Delaware 19701 I was taken to Troop II or New Castle County Police Station and arraigned in Justice of the peace, Court II The taken by or to Gander Hill Prison or Now Howard R. Young Correctional Institution. I arraigned in Court of Common Pleas on November 7, Had Preliminary Hearing on the 14th of November 2007 and the 20th of November at all Hearing I request a Police Report and Affidavit of a officer. This prison Record staff took mine the New Castle Police Department said they was giving me. 3 times I ask the Court to Provide me with Pre-trial Discovery and she refuse, the Prosecuter also refuse to provide Pre-trial Discovery. I filed Writ of Mandamuses to Court Superior Court of State of Delaware to Order Commissioner McDonough to give me a Copy of her files. I got No response. When I write the Court I get No response back. I am facing time in prison and my trial date is January 2, 2008. As of Now I am held for lack of bail. I do not know who accuse me or how I might of Committed any Offense.

### Constitutional Violation

It is a Constitutional Right to Discovery Information and to know the Cause and accusation against you. These Constitution Need are inforce upon the State by the Federal Civil Constitutional 14th Amendment. Failure to Provide Discovery and explain the Cause and accusation makes this Custody Unconstitutional.

### Relief Saught

Wherefore, Petitioner Defendant prays that Writ of Habeas Corpus be issued forwith directed to parties requiring them to produce the body of the Petitioner Defendant before a judge of District Court of Delaware together with the alleged grounds and Cause of this detention. So that the Constitutionality and legality of said Confinement and detention may be inquired into with respect to the laws of the State of Delaware and such right as guaranteed by the Constitution. Upon deficiency, Defendant prays for his immediate release from Custody

Respectfully

Date November 21, 2007

Ronald G. Johnson #182421
1301 E 12th Street
Wilmington, Delaware 19809

Ronald E. Johnson
#192471 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington, Delaware 19809

Clerks Office
United States District Court
for The District of Delaware
844 N. King Street
Wilmington, Delaware 19801

**INMATE LEGAL MAIL**