In The United States District Court
For The District of Delaware

Ronald G. Johnson           )
     v.                     )  Civ. Act. No. 07-767-JJF
Raphael Williams, Warden, and  )
Attorney General of The State )
of Delaware Joseph R. Biden III )



## Motion For Reconsideration

BD scanned

1.) The Court acknowledges, "Petitioner appear to argue that he has been denied his "Constitutional Right to Discovery Information" thereby rendering his pre-trial incarceration Unconstitutional

2.) "Error of The Court"

a) The Court made a error stating or quote "He asks the Court to immediately release him from custody" The petitioner No where in his Petition ask the Court to release him from custody

3.) "Relief Petitioner Sought"

a) Writ of Habeas Corpus means bring the body before the Court. The purpose is to test the legality and Constitutionalality of his detention.

b) Do to the Fact Petitioner trial is January 2, 2008 Petitioner ask the Court to immediately bring him before the Court to test the legality of his custody and the Constitutionality of his custody at said hearing. the or if the Court found said custody unconstitutional because No Discovery was provided. The Court could order said Discovery or if Discovery is refused by Petitioner Custodians, Then

Page 1 of 2

The Court has the authority to issue a Order for his release from custody

4.) <u>Relief Requested Was</u>

a.) Bring Petitioner before the Court with his Custodians to test the legality and Constitutionality of his Custody. Then find out why they fail and refuse to provide Discovery. Then inforce them to provide said discovery. If they do not provide said Discovery or timely provide said Discovery. Then the Court has jurisdiction to Order Petitioners release.

5.) "<u>Exhaustion of State Remedies</u>"

The Petitioner has exhausted all possible state remedies.

a.) I ask for Discovery 3 time personaly in Court.
b.) I file a Motion For Discovery (State)
c.) I Filed Writ of Mandamus for said Discovery No response at all came back.
d.) I Filed State Writ of Habeas Corpus and Got No response

<u>Concluding</u>
I have been threw this before the State will not respond and Supreme Court of State of Delaware will Deny all Writs and Petitions for Lack of Original Jurisdiction. Basicly telling me I must first make Superior Court of State of Delaware respond. I can not force the Judge to respond "I am being Denied Due Process"

<u>Special Circumstance</u>
Therefore Petitioner has No remedy which makes this a Special Circumstance

Unless this Court inforce the State to give me a remedy there is None. The State refuses to address the merits of my Writs and Petitions. Therefore there is No remedy to be exhaust and "<u>my Jury trial is January 2, 2008</u>" This Honorable Court Should have a Hearing on these issue with Petitioner and Custodians.

(2.)

"Speedy Trial And Discovery Claims Are Both Valid Pre-trial Claim to Inforce The State To Provide The Petitioner His Rights To A Speedy Trial And Discovery." Before Any Trial Is Had"

### "Special Circumstances"

Petitioner demand enforcement of the State's Constitutional obligation to provide Discovery Before January 2, 2008 "Trial".

As Explained Petitioner has exhausted all state remedies to resolve this issues before trial January 2, 2008. Discovery like a Speedy trial are pre-trial issues, Not issue to be addressed after State Court's Final Judgement.

### "Certify Question"

Petitioner Petitions this Court, Honorable Court to provide him a remedy to Get Discovery before Trial January 2, 2008. I Petitioner has tried all writs and Motions and Petitions, what remedy other than this is available. And Having Now a clear understanding of what relief is sought what make a Petition in Federal Court the wrong remedy Seeing petitioner has exhausted all state remedies available.

### "Request Relief"

Bring me the Petitioner immediately with my Custodians and causes before the Court to test the Constitutionality of my incarceration if it unconstitutional enforce the State to make it Constitutional   [signature] 12-15-07

Ronald G. Johnson
#182421 / H.R.Y.C.I.
1301 E. 12th Street
Wilmington, De 19809



Clerk's Office
United States District Court
For The District of Delaware
844 N. King Street
Wilm., Delaware 19801

INMATE LEGAL MAIL