In The United States District Court
For The District of Delaware

Re: Ronald G. Johnson )
       Petitioner )
V. ) Civil Action No. 1:07-CV-767
       )
State of Delaware )
      Respondent )

"Motion To Dismiss"



BD scanned

    Comes Now, The Petitioner Ronald G. Johnson and File this Dismissal of my Petition In Support thereof the Petitioner assert the following

    The Court Dismissed my Petition for Writ of Habeas Corpus. I filed A Motion For Reconsideration. I Now want it Dismissed because the State has now provide said needed Discovery

    Thank You Sincerely   Ronald Johnson  12-18-07

Ronald G. Johnson
#182424/H.R.Y.C.I.
1301 E. 12th Street
Wilmington De 19809

U.S.M.S. X-RAY

INMATE LEGAL MAIL

Clerk's Office
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, Delaware 19801



$00.41⁰  DEC 19 2007
PITNEY BOWES
02 1A
0004615572
MAILED FROM ZIPCODE 19802