In The United States District Court
For The District Of Delaware

Ronald G. Johnson            )
                             )
V.                           )  Civil Action No. 1:07-CV-767
                             )
State of Delaware            )

FILED
DEC 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

"<u>Motion To Strike Motion To Dismiss Petition For Writ Of Habeas Corpus</u>"

   Comes Now, The Petitioner Ronald G. Johnson and Moves this Honorable Court to Strike Petitioner Motion to Dismiss Petition For Writ Of Habeas Corpus. In Support thereof petitioner asserts the following.

   The Petitioner entered the Motion To Dismiss in Error. The Respondent sent me a Copy of some Discovery mainly the affidavit of the officer and a Copy of my arrest record. "<u>But that was not Full Discovery</u>"

      <u>Petitioner Still Request Full Discovery</u>

   Petitioner Moves this Honorable Court to enforce the State of Delaware to provide the Warrents of the arresting officers for Criminal Action No. 0710038875 and Both warrents

   <u>Deadline To Receive Said Discovery Is By Trial January 2, 07</u>

Please inforce the State to Provide Warrents by January 2, 2007 Thank You Sincerely Ronald Johnson  December 26, 2007

**Motions**
1:07-cv-00767-JJF Johnson v. State of Delaware et al
HABEAS, PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/21/2007 at 2:10 PM EST and filed on 12/20/2007
**Case Name:**     Johnson v. State of Delaware et al
**Case Number:**   1:07-cv-767
**Filer:**         Ronald G. Johnson
**Document Number:** 6

**Docket Text:**
MOTION to Dismiss Petition for Writ of Habeas Corpus - filed by Ronald G. Johnson. (dab)

**1:07-cv-767 Notice has been electronically mailed to:**

**1:07-cv-767 Notice has been delivered by other means to:**

Ronald G. Johnson
SBI# 182421
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=12/21/2007] [FileNumber=494258-0
] [70c8452e41f666a890909d0f7a66d945c2d79e21f846ff8c0b1d86b59cd4a4ad8ab
251df64051ef7371acbb52c1d2741afc6dd1954e74ae044fd0442097e55f8]]

Ronald G. Johnson
#182421/H.R.Y.C.I.
1301 E 12th Street
Wilmington De 19809

INMATE
LEGAL MAIL

$00.41⁰ DEC 27 2007
MAILED FROM ZIPCODE 19802

Clerk's
United States District Court
For The District of Delaware
844 N. King Street
Wilmington, DE 19801

HAPPY HOLIDAY

WILMINGTON DE 197
27 DEC 2007 PM 3 T