IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD G. JOHNSON,<br><br>    Petitioner,<br><br>v.<br><br>RAPHAEL WILLIAMS, Warden, and<br>ATTORNEY GENERAL OF THE STATE<br>OF DELAWARE,<br><br>    Respondents. | Civ. Act. No. 07-767-JJF |

**O R D E R**

1. Petitioner Ronald G. Johnson's "Motion To Withdraw Motion To Dismiss Petitioner's Prior Motion for Reconsideration" (D.I. 7.) is **GRANTED**.

2. In turn, Petitioner's "Motion for Reconsideration" will be denied. (D.I. 5.) A motion for reconsideration should be granted to correct manifest errors of law or fact or to present newly discovered evidence. Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985). Accordingly, a court may grant a motion for reconsideration if the moving party shows one of the following: (1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the court issued its order; or (3) the need to correct a clear error of law or fact or to prevent a manifest injustice. Max's Seafood Café v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999)(citing North River Ins. Co. v. CIGNA Reinsurance Co., 52 F.3d 1194, 1218 (3d

Cir. 1995). A motion for reconsideration is not appropriate to reargue issues that the court has already considered and decided. Brambles USA Inc. v. Blocker, 735 F. Supp. 1239, 1240 (D.Del. 1990).

On December 11, 2007, the Court dismissed Petitioner's federal habeas application because Petitioner was attempting to abort the litigation of his future state criminal proceeding. (D.I. 4.) In his Motion For Reconsideration, Petitioner contends the Court erred because he was seeking discovery, not pre-trial release. Even if the Court were to agree that Petitioner requested discovery rather than pre-trial release, the Court cannot grant such relief in a habeas corpus proceeding. To the extent Petitioner suggests that the Court committed a clear error of law, the Court is unpersuaded. Therefore, the Court concludes that Petitioner's argument does not warrant reconsideration of its decision.

Now Therefore, It Is Hereby Ordered that Petitioner's Motion For Reconsideration (D.I. 5.) is **DENIED**.

January 4, 2008
DATE

Joseph J. Farnan
UNITED STATES DISTRICT JUDGE

2